THE STATE *v.* NESS.—In error.

IT is an offence for a person to permit his horse to be run in a horse-race.   It is a separate offence for a person to act as a rider in a race.

The judgment is reversed.   Cause remanded, &c.